MINUTE ENTRY   July 16, 2004
          1:30 p.m.


 YUNG, KA WAH -vs- CHUNG, HYUN JOON and YCL CORPORATION


PRESENT:  Hon. David A. Wiseman, Designated Judge Presiding
    Michelle C. Macaranas, Deputy Clerk
    Sanae Shmull, Court Reporter
    Mark K. Williams, Attorney for Plaintiff
    Jason Kim, Attorney for Defendant (Via Telephone)


PROCEEDINGS: MOTION TO SECURE CORPORATE ASSET

 Plaintiff was represented in court by Attorney Mark K. Williams.  Defendants were
represented by Attorney Jason Kim via telephone.

 Attorney Kim stated their response as to the motion before the Court.  Attorney
Williams argued in response to defense's claims.

 Court, after hearing all arguments granted the motion as a one week order and
calendared this matter for Wednesday, July 21, 2004 at 9:30 am.  Court also ordered
that any fund that comes in shall be deposited into the Court's registry.  Attorney
Williams will prepare the Court  order.


        Adjourned 1:44 p.m.;  [MCM EOD 07/16/2004]